ORIGINAL

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

FILED

OCT 20 2009

U.S. COURT OF
FEDERAL CLAIMS

PETER H. BEER,
U.W. CLEMON,
TERRY J. HATTER, JR.,
THOMAS F. HOGAN,
RICHARD A. PAEZ,
JAMES ROBERTSON,
LAURENCE H. SILBERMAN, and
A. WALLACE TASHIMA,

           *Plaintiffs,*

v.

UNITED STATES OF AMERICA,

           *Defendant,*

Case No. 09-37C

The Hon. Robert H. Hodges, Jr.

## NOTICE OF APPEAL

Notice is hereby given that plaintiffs Peter H. Beer, U.W. Clemon, Terry J. Hatter, Jr., Thomas F. Hogan, Richard A. Paez, James Robertson, Laurence H. Silberman, and A. Wallace Tashima hereby appeal to the United States Court of Appeals for the Federal Circuit from the Final Judgment entered in this action on October 20, 2009.

Respectfully submitted,

Christopher Landau, P.C.
  *Attorney of Record*
KIRKLAND & ELLIS LLP
655 Fifteenth Street, NW, Suite 1200
Washington, DC 20005
(202) 879-5000 (phone)
(202) 879-5200 (fax)
*clandau@kirkland.com*

*Of Counsel*:

Patrick F. Philbin
Angela Butcher
KIRKLAND & ELLIS LLP
655 Fifteenth Street, NW, Suite 1200
Washington, DC   20005
(202) 879-5000 (phone)
(202) 879-5200 (fax)
*pphilbin@kirkland.com*
*abutcher@kirkland.com*

October 20, 2009